UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CCT ENTERPRISES, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KRISS USA, INC., )<br>)<br>Defendant. )<br>) | CASE NO: 1:14-cv-249 |

## AMENDED NOTICE OF REMOVAL

Defendant Kriss USA, Inc. ("Kriss"), pursuant to 28 U.S.C §§ 1332, 1441, and 1446 and this Court's August 15, 2014 Order [ECF No. 10], hereby serves its Amended Notice of Removal of this action from the Allen Superior Court in the State of Indiana to the United States District Court for the Northern District of Indiana, Fort Wayne Division. Removal is proper on the following grounds:

1.  Plaintiff, CCT Enterprises, LLC ("CCT"), filed the Summons and Complaint with the Allen Superior Court on July 15, 2014.

2.  The lawsuit is designated as Cause No. 02D03-1407-PL-000258.

3.  Kriss received service of CCT's Summons and Complaint on July 16, 2014.

4.  On August 15, 2014, Kriss filed a Notice of Removal [ECF No. 1].

5.  Pursuant to 28 U.S.C. § 1446(b), Kriss's Notice of Removal was filed within thirty (30) days of service of the Summons and Complaint.

6.  On August 15, 2014, this Court ordered Kriss to amend its Notice of Removal to provide the additional jurisdictional information set forth in paragraph 10 below.

7. Pursuant to the Court's August 15, 2014 Order [ECF No. 10], this Amended Notice is filed on or before August 29, 2014.

8. In its Complaint, CCT alleges common law claims of breach of contract and promissory estoppel.

9. CCT is an Indiana limited liability company with its principal place of business in Auburn, Indiana. CCT has three members.

10. The three members of CCT are: Benjamin Nagel, Daniel Nagel, and Kurt Herman, each an individual and each a citizen of Indiana.

11. Kriss is a for profit corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 2697 International Parkway, Virginia Beach, Virginia.

12. Pursuant to 28 U.S.C. § 1332, diversity of citizenship exists between the parties.

13. Although CCT's Complaint does not set forth specific monetary damage amounts, CCT has alleged facts that place the amount in controversy above $75,000.00, exclusive of interest and costs. For example, CCT alleges that Kriss has caused it to "suffer damages…including but not limited to direct, consequential, and reliance damages." Complaint at ¶ 29. More specifically, CCT alleges that "Kriss failed to pay CCT for certain component parts supplied Kriss . . . [and] failed to purchase the full amount of component parts that it had agreed to purchase from CCT." Complaint at ¶¶ 19 and 21. The dollar value of at least three of the purchase orders CCT is suing under individually exceeds $75,000, and the aggregate total of all purchase orders exceeds $700,000. (Complaint, Ex. 1 (PO nos. 10030 ($142,959), P20130911 ($388,247.70), P20140225 ($159,866.70). Additionally, CCT alleges it has suffered

lost profits and reliance injury relating to its investment in equipment and labor needed to fill orders placed by Kriss. Complaint at ¶¶ 16 and 17.

14. CCT's allegations, coupled with the exhibits to the Complaint, provide a reasonable basis for concluding that the alleged damages are in excess of $75,000.00, exclusive of interest and costs. As the Court is aware, the amount in controversy need only be shown by a preponderance of the evidence. *See Carroll v. Stryker Corp.*, 658 F.3d 675, 680 (7th Cir. 2011) (citing *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006)). And a "good faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence." *Oshana*, 472 F.3d at 511. Here, the exhibits to the Complaint itself demonstrate that the amount in controversy exceeds $75,000, exclusive of interest and costs.

15. Accordingly, the threshold requirement for the amount in controversy in order to support removal pursuant to 28 U.S.C. § 1332 is met.

16. Thus, pursuant to 28 U.S.C. § 1332, this action is within this Court's jurisdiction by reason of diversity of citizenship of the parties and the amount in controversy.

17. The parties have conducted no discovery and no substantive proceedings have occurred in this action.

18. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon or by Kriss in the state court action are attached as Exhibit A.

19. On August 15, 2014, pursuant to 28 U.S.C. § 1446(d), Kriss filed a Notice of Filing Notice of Removal with the Allen Superior Court and served a copy on CCT.

20. Pursuant to 28 U.S.C. § 1446(d), Kriss will promptly file a Notice of Filing Amended Notice of Removal with the Clerk of the Allen County Superior Court and serve a copy on CCT.

3

21. This Amended Notice of Removal is signed in compliance with Fed. R. Civ. P. 11.

WHEREFORE, Defendant Kriss USA, Inc. respectfully notifies the Court and Plaintiff of the removal of this action from the Allen Superior Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division and amends its Notice of Removal pursuant to the Court's August 15, 2014 Order [ECF No. 10].

Respectfully submitted,

*s/Eileen S. Pruitt*
D. Randall Brown (15127-49)
(randy.brown@btlaw.com)
**BARNES & THORNBURG LLP**
600 One Summit Square
Fort Wayne, IN 46802
Telephone: (260) 423-9440
Facsimile: (260) 424-8316

Peter Rusthoven (6247-98)
(*peter.rusthoven@btlaw.com*)
John R. Maley (14300-89)
(*john.maley@btlaw.com*)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Eileen S. Pruitt (28015-71)
(*eileen.pruitt@btlaw.com*)
**BARNES & THORNBURG LLP**
100 N. Michigan, Suite 700
South Bend, IN 46601
Telephone: (574) 237-1254
Facsimile: (574) 237-1125

ATTORNEYS FOR DEFENDANT,
KRISS USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notice of such filing to the following:

>Daniel D. Bobilya
>Conor S. Slocum
>BONAHOOM & BOBILYA, LLC
>110 West Berry Street, Suite 1900
>Fort Wayne, IN 46802

>*s/Eileen S. Pruitt*
>Eileen S. Pruitt

FWDS01 287531v1