# EXHIBIT A

Allen County Circuit & Superior Courts
715 South Calhoun Street, Room 200A
Fort Wayne, IN 46802
Telephone: (260) 449-7245

## IN THE ALLEN SUPERIOR COURT
### STATE OF INDIANA

| | | |
|---|---|---|
| CCT ENTERPRISES, LLC, | ) | CAUSE NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SUMMONS** |
| | ) | |
| KRISS USA, INC., | ) | |
| Defendant. | ) | |

**To:   KRISS USA, INC.**
**ATTN:  Highest Ranking Officer**
**2697 International Parkway, Suite 4-180**
**Virginia Beach, VA 23452**

You have been sued by the person(s) named above. The claims made against you are attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to FILE YOUR ANSWER.

___X___ **Certified Mail:** You or your attorney must file a written answer to the claim WITHIN 23 DAYS, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

_____ **Personal Service:** You or your attorney must file a written answer to the claim WITHIN 20 DAYS, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of the Allen County Circuit & Superior Courts, 715 South Calhoun Street, Room 200A, Fort Wayne, IN 46802. The method you choose to deliver your answer to the Clerk's office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: _____JUL 15 2014_____   _____ (Seal)
                              **CLERK, ALLEN CIRCUIT/SUPERIOR COURTS**

Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
BONAHOOM & BOBILYA, LLC
110 West Berry Street, Suite 1900
Fort Wayne, IN 46802
Telephone: (260) 969-0516
Attorneys for Plaintiff

### MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____ personal service
_____ leaving a copy at dwelling/place of employment
_____ agent
_____ other (describe in particular and note Trial Rule)

**CLERK** shall serve this Summons as follows:
_____ certified mail
_____ registered mail
_____ publication
___X___ other [Certified Mail service by Bonahoom & Bobilya LLC; pursuant to Trial Rule 4(D)]

## SHERIFF'S RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served this Summons on the _____ day of _____ 2014:

    (1) By delivering a copy of the Summons and a copy of the pleading to the Defendant.

    (2) By leaving a copy of the Summons and a copy of the pleading at _____, which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said Defendant at the above address.

    (3) Other Service or Remarks: _____.

_____    _____
Sheriff's Costs    Sheriff

    By:_____
    Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2014, I mailed a copy of this Summons and a copy of the pleading to the Defendant by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated:_____, 2014    _____
    CLERK, ALLEN CIRCUIT & SUPERIOR COURTS
    By:_____
    Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the pleading mailed to the Defendant, was accepted by the Defendant on the _____ day of _____, 2014.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the pleading were returned not accepted on the _____ day of _____, 2014.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the pleading mailed to the Defendant was accepted by _____ on behalf of the Defendant on the _____ day of _____, 2014.

_____
CLERK, ALLEN CIRCUIT & SUPERIOR COURTS


By:_____
Deputy

IN THE ALLEN SUPERIOR COURT
STATE OF INDIANA

CCT ENTERPRISES, LLC,     )
        Plaintiff,      )
                    )
v.                 )
                    )
KRISS USA, INC.,       )
        Defendant.   )

Cause Number:

02D03- 14 07 - PL - 0 0 0 2 5 8
CENTRAL SERVICES DIVISION

2014 JUL 15 PM 2: 39

LISBETH A. BORGMANN
CLERK ALLEN CIRCUIT
AND SUPERIOR COURTS

**APPEARANCE BY ATTORNEYS IN CIVIL CASE**

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **CCT Enterprises, LLC, Plaintiff**

2.     Applicable attorney information for service as required by Trial Rule 5(B) (2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

        Daniel D. Bobilya, #22901-49          Telephone: (260) 969-0516
        Conor S. Slocum, #30132-02          Facsimile: (260) 969-0537
        BONAHOOM & BOBILYA, LLC         Email:
        110 West Berry Street, Suite 1900    dan@b-blegal.com
        Fort Wayne, IN 46802              conor@b-blegal.com

3.     There are other party members: **No**

4.     *If first initiating party filing this case,* the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **PL**

5.     I will accept service by FAX at the above noted number: **No**

6.     This case involves support issues: **No**

7.     There are related cases: **No**

8.     This form has been served on all other parties. Certificate of Service is attached: **No**

9.     Additional information required by local rule: **N/A**

Respectfully submitted,

BONAHOOM & BOBILYA, LLC

Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
110 West Berry Street, Suite 1900
Fort Wayne, IN  46802
Telephone:  (260) 969-0516
Facsimile:  (260) 969-0537
dan@b-blegal.com
conor@b-blegal.com

*Attorneys for Plaintiff*

2

IN THE ALLEN SUPERIOR COURT
STATE OF INDIANA

CCT ENTERPRISES, LLC,                )      Cause Number: 02D03-1407-PL-000258
          Plaintiff,                 )
                                     )
v.                                   )
                                     )
KRISS USA, INC.,                     )
          Defendant.                 )

## COMPLAINT FOR DAMAGES

Plaintiff CCT Enterprises, LLC ("CCT"), by counsel, for its Complaint for Damages

against Defendant Kriss USA, Inc. ("Kriss"), states as follows:

### Parties, Jurisdiction, and Venue

1.  CCT is an Indiana limited liability company with its principal place of business in

Auburn, Indiana.  CCT also does business in Allen County and throughout the State of Indiana.

2.  CCT is in the business, among other things, of manufacturing, machining,

engineering, and selling various commercial parts.  A portion of CCT's business includes the

manufacturing, machining, and sale of component parts used in the manufacturing and assembly

of firearms.

3.  Kriss is a Delaware corporation with its principal place of business in Virginia Beach,

Virginia.

4.  Kriss is in the business, among other things, of manufacturing and selling firearms.

Kriss was a customer of CCT, who supplied Kriss with certain component parts used in the

manufacturing of firearms sold by Kriss.

5.  Pursuant to Trial Rule 4.4(A) and Indiana's long arm statute, this Court has personal

jurisdiction over Kriss, in part, because, at all times relevant to this Complaint, Kriss was doing

business in Indiana with CCT, supplied or contracted to supply or furnished or contracted to

furnish goods, materials and/or services in Indiana, and had sufficient contacts with the State of Indiana to confer personal jurisdiction over Kriss.

6. This Court has subject matter jurisdiction over this case.

7. Venue is also proper in this Court.

Facts Common to All Counts

8. At some point prior to January 25, 2013, Kriss and CCT had verbal and written discussions regarding Kriss's desire have CCT supply it with certain firearms component parts.

9. Kriss and CCT ultimately reached an agreement pursuant to which CCT would manufacture and/or machine the component parts in question and Kriss would pay CCT for said parts.

10. The parties' agreement(s) consists of verbal communications, written communications, quotes issued by CCT and purchase orders issued by Kriss in response to CCT's quotes.

11. From approximately January 25, 2013 through April 23, 2014, at the request of Kriss, CCT submitted multiple Quotes to Kriss, which generally set forth the terms under which CCT would supply the requested parts to Kriss. True and accurate copies of the combined CCT Quotes are attached hereto as Exhibit 1 ("CCT Quotes").

12. In response to each of the CCT Quotes, Kriss issued Purchase Orders that reference the corresponding CCT Quotes.  True and accurate copies of the Kriss Purchase Orders are also attached hereto in the combined Exhibit 1 ("Purchase Orders").

13. Pursuant to the terms stated in the CCT Quotes, Kriss's Purchase Orders are deemed to constitute Kriss's acceptance of the terms of the CCT Quotes.

2

14. Also pursuant to the CCT Quotes, the terms of the CCT Quotes constitute the contract(s) of sale between the parties, notwithstanding anything in Kriss's Purchase Orders to the contrary.

15. Pursuant to the parties' agreements, in essence, Kriss promised to buy certain quantities of component parts from CCT over specified periods of time; CCT promised to supply those parts to Kriss; and Kriss promised to pay CCT for those parts.

16. In reliance upon the Purchase Orders and Kriss's representations to CCT, CCT invested a significant amount of capital in the equipment and labor needed to fulfill the orders placed by Kriss.

17. CCT also reasonably expected to make a profit on the component parts it sold and would have sold to Kriss pursuant to the Quotes and Purchase Orders had Kriss not breached its contracts with CCT.

18. CCT supplied Kriss with certain component parts pursuant to the CCT Quotes and Purchase Orders.

19. Kriss failed to pay CCT for certain component parts supplied to Kriss.

20. The Quotes and Purchase Orders obligated Kriss to purchase certain quantities of component parts from CCT over a period of time. The prices for said parts and time periods over which Kriss was obligated to purchase them from CCT is set forth in the Quotes and Purchase Orders.

21. Kriss failed to purchase the full amount of component parts that it agreed to purchase from CCT.

22.    In some instances during the course of dealing between the parties, Kriss agreed to supply, or to have its agent supply, CCT with certain "raw" versions of component parts on which CCT would perform services and then sell said parts to Kriss.

23.    In those instances, CCT justifiably relied upon Kriss and/or its agents to timely supply the raw materials needed to fulfill orders placed by Kriss for certain component parts.

24.    On multiple occasions, Kriss and/or its agents failed to supply CCT with said raw materials in breach of the parties' agreements.

### Count I - Breach of Contract

25.    CCT incorporates by reference paragraphs 1 through 24 as if fully set forth herein.

26.    Kriss entered into multiple valid and binding contracts with CCT, including but not limited to the Quotes and Purchase Orders attached hereto, as well as verbal and/or implied contracts.

27.    Kriss has breached its contracts with CCT by its acts and omissions alleged herein, among others.

28.    CCT has fulfilled its obligations under the parties' contracts.

29.    CCT has suffered damages as a result of Kriss's breaches of its contracts, including but not limited to direct, consequential, and reliance damages.

Wherefore, CCT, by counsel, prays that the Court enter judgment in its favor and against Kriss for all of its damages, plus costs of this action, pre-judgment interest, and all other just and proper relief.

### Count II - Promissory Estoppel

30.    CCT incorporates by reference paragraphs 1 through 24 of this Complaint as if fully set forth herein.

31.     Kriss made various promises and representations to CCT throughout the parties' course of dealing regarding the goods and/or services CCT was to provide to Kriss and Kriss's payment for those good and/or services.

32.     Said promises and representations were made with the expectation that CCT would rely on them.

33.     CCT reasonably relied upon Kriss's promises and representations.

34.     Kriss's promises and representations were of a definite and substantial nature, as was CCT's reliance on them.

35.     Kriss has failed to fulfill its promises and representations.

36.     CCT has suffered damages as a result thereof.

37.     Injustice can be avoided only by enforcement of Kriss's promises and representations.

Wherefore, CCT, by counsel, prays that the Court enter judgment in its favor and against Kriss for all of its damages, plus costs of this action, pre-judgment interest, and all other just and proper relief.

Respectfully submitted,

BONAHOOM & BOBILYA, LLC

Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
110 West Berry Street, Suite 1900
Fort Wayne, IN  46802
Telephone:  (260) 969-0516
Facsimile:  (260) 969-0537
dan@b-blegal.com
conor@b-blegal.com

*Attorneys for Plaintiff*

5



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | | |
|---|---|---|
| Number:  12138-1 | | Date:  25-Jan-13 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA  23452<br>United States of America |
| Ph: 757-821-1089        Fax:757-689-2113 | Ph:  757-821-1089        Fax:757-821-1094 |

| Terms | Ship Via | Salesperson |
|---|---|---|
| NET 30 DAYS | | BNAGEL |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Line: 002                    Expiration Date: 26-Mar-13<br>Part: 12120001_30_01_ST             Rev: B<br>FAUX SUPP SHRD AS 01 STD<br>FAUX SUPPRESSOR SHROUD ASSEMBLE TYPE 02 STANDARD | | |
| 100 | ea | $34.4617 | $3,446.17 |
| 250 | ea | $28.3117 | $7,077.93 |
| 500 | ea | $25.2598 | $12,629.90 |
| 750 | ea | $24.2498 | $18,187.35 |
| 1,000 | ea | $23.4671 | $23,467.10 |
| 2,500 | ea | $22.866 | $57,165.00 |
| 5,000 | ea | $22.706 | $113,530.00 |

REV 1: 12120020 LESS MILLED SLOT AND ENGRAVING

PRICE IS LESS RED PAINTING
PRICE BASED ON CURRENT MTL AND ANODIZING ECONOMICS
PRICE IS AN ASSEMBLED PRICE
FOB AUBURN

_____ ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date. STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture,



PLAINTIFF'S
EXHIBIT



INTEGRATED MFG. SOLUTIONS

CCT ENTERPRISES, LLC
630 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-926-2794

| Quote | |
|---|---|
| Number:  12138-1 | Date:  25-Jan-13 |

processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.

3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.

4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.

5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.

6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

**Purchase Order Number**
P20130128-CCT

| TO: | ATTN: Ben Nagel | | SHIP TO: | Receiving |
|---|---|---|---|---|
| | CCT ENTERPRISES (CCT) | | | KRISS USA, INC |
| | 530 NORTH STREET | | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | | Suite 4-180 |
| | PH: (260) 925-1420 | | | Virginia Beach, VA 23452 |
| | FX: (260) 925-2794 | | | PH: 757.821.1089 |
| | E-MAIL bnagel@cct-ent.com | | | FX: 757-689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| January 28, 2013 | 12138-4 | CRW | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 6000 | 12120001, Rev B | Shroud, 16", Standard | $23.47 | $140,820.00 |
| | | | Subtotal | $140,820.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $140,820.00 |

Notes:
**Obligation of Supplier**
> Supply First Article to product to specifications
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components Inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
**Obligation of KRISS USA**
> Sample inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 3/1/13 | 3/15/13 | 4/1/13 | 4/15/13 | 5/1/13 | 5/15/13 | 6/1/13 | 6/15/13 | 7/1/13 | 7/15/13 | 8/1/13 | 8/15/13 | N/A |

Prepared By: _Mike Stevenson_   Date: 1/20/13
Mike Stevenson, MP&L Manager

Approved By: _Ella Green_   Date: 1/29/13
John Spurrier, President/CEO

This form: PO_MFG.XLTM
Last Printed: 1/29/2013

This document located:
Z:\Purchasing\Supplier Purchase Order's\CCT\20130128-CCT, 16 Shrouds



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph:  260-925-1420
Fax: 260-925-2794

### Quote

| Number:  12183 | Date:  06-Feb-13 |
|---|---|

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph: 757-821-1089       Fax:757-689-2113 | Ph:  757-821-1089       Fax:757-821-1094 |

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | UPS GROUND | | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001 | Expiration Date: 07-Apr-13 | | |
| | Part: 12205040 | Rev: B | | |
| | SPRING PLATE | | | |
| 300 | ea | | $8.2353 | $2,470.59 |
| 500 | ea | | $7.1412 | $3,570.60 |
| 1,000 | ea | | $6.8471 | $6,847.10 |
| 2,500 | ea | | $6.6235 | $16,558.75 |
| 5,000 | ea | | $6.4941 | $32,470.50 |

PRICE BASED ON CURRENT MTL ECONOMICS

ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.



**CCT Enterprises**

**INTEGRATED MFG. SOLUTIONS**

CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph:  260-925-1420
Fax: 260-925-2794

**Quote**

Number:  12183          Date:  06-Feb-13

6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller. All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

**Purchase Order Number**
P20130212A-CCT; Spring Plate

| TO: | SHIP TO: |
|---|---|
| ATTN:  Ben Nagel<br>CCT ENTERPRISES        (CCT)<br>530 NORTH STREET<br>AUBURN, IN 46706<br>PH:    (260) 925-1420<br>FX:    (260) 925-2794<br>E-MAIL  bnagel@cct-ent.com | Receiving<br>KRISS USA, INC<br>2697 International Pkwy<br>Suite 4-180<br>Virginia Beach, VA 23452<br>PH: 757.821.1089<br>FX: 757-689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| February 12, 2013 | 12183 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 3000 | 12205040 Rev. B | Trigger | $6.62 | $19,860.00 |
| | | | Subtotal | $19,860.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $19,860.00 |

Notes:
**Obligation of Supplier**
> Supply First Article to product to specifications
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
**Obligation of KRISS USA**
> Sample Inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 3/1/13 | 4/1/13 | 5/1/13 | 6/1/13 | 7/1/13 | 8/1/13 | 9/1/13 | 10/1/13 | 11/1/13 | 12/1/13 | | | |

Prepared By: _Mike Stevenson_    Date: 2/12/13
Mike Stevenson, MP&L Manager

Approved By: _Ella Green_    Date: 2/12/13
John Spurrier, President/CEO

This form: PO_MFG.XLTM
Last Printed: 2/12/2013

This document located:
Z:\Purchasing\Supplier Purchase Orders\CCT\20130212A-CCT; Spring Plate

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130226-CCT, 5.5 Barrel NT

| TO: | ATTN: Ben Nagel | | SHIP TO: | Receiving |
|---|---|---|---|---|
| | CCT ENTERPRISES        (CCT) | | | KRISS USA, INC |
| | 530 NORTH STREET | | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | | Suite 4-180 |
| | PH:    (260) 925-1420 | | | Virginia Beach, VA 23452 |
| | FX:    (260) 925-2794 | | | PH: 757.821.1089 |
| | E-MAIL  bnagel@cct-ent.com | | | FX: 757-689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| February 12, 2013 | 12188 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 50 | 12220100 Rev.O | 5.5" Non-Threaded Barrel | $20.45 | $1,022.50 |
| | | | Subtotal | $1,022.50 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $1,022.50 |

Notes:
**Obligation of Supplier**
> Supply First Article to product to specifications
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
  Material Certification
  All secondary process certification(s)
  Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
  Certificate of Conformance
> If parts are rejected for Non-Conformance:
  A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
**Obligation of KRISS USA**
> Sample Inspection performed by KRISS upon receipt
  Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 300 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 3/1/13 | | | | | | | | | |

Prepared By: _Mike Stevenson_     Date: 2/26/13
Mike Stevenson, MP&L Manager

Approved By: _Ella Miller_     Date: 2/26/13
John Spurrier, President/CEO

This form: PO_MFG.XLTM
Last Printed: 2/26/2013

This document located:
Z:\Purchasing\Supplier Purchase Order's\CCT\20130226-CCT, 5.6 Non-Threaded



**CCT ENTERPRISES, LLC**
530 NORTH STREET
AUBURN, IN  46706

Ph:  260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:  12246 | Date:  09-Apr-13 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA  23452<br>United States of America |
| Ph:  757-821-1089          Fax:757-689-2113 | Ph:  757-821-1089          Fax:757-821-1094 |

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | UPS GROUND | | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001<br>Part:  PRB10460000A<br>STRIKE ROD | Expiration Date: 08-Jun-13<br>Rev: | | |
| 1,000 | ea | | $6.8772 | $6,877.20 |
| | | | Total: | $6,877.20 |

PRICE BASED ON 10,000 EAU OR 1,000 A MONTH

········· ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USDS, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph: 260-925-1420
Fax: 260-926-2794

| Quote | |
|---|---|
| Number:   12246 | Date:  09-Apr-13 |

WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130605-CCT,SDP Ham Strut

| TO: | ATTN: Ben Nagel | SHIP TO: | Receiving |
|---|---|---|---|
| | CCT ENTERPRISES          (CCT) | | KRISS USA, INC |
| | 580 NORTH STREET | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | Suite 8-136 |
| | PH:    (260) 925-1420 | | Virginia Beach, VA 23452 |
| | FX:    (260) 925-2794 | | PH: 757.821.1089 |
| | E-MAIL  bnagel@cct-ent.com | | FX: 757.689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| June 5, 2013 | | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10460000A | SDP Hammer Strut | $6.88 | $68,800.00 |
| | | | Subtotal | $68,800.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $68,800.00 |

Notes:
Obligation of Supplier
> Supply First Article to product to specifications 6/24/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
  Material Certification
  All secondary process certification(s)
  Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
  Certificate of Conformance
> If parts are rejected for Non-Conformance:
  A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
Obligation of KRISS USA
> Sample inspection performed by KRISS upon receipt
  Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return material authorization
> Prompt payment per agreed upon terms
Caveat
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 7/1/13 | 7/15/13 | 8/1/13 | 8/15/13 | 9/1/13 | 9/15/13 | 10/1/13 | 10/15/13 | 11/1/13 | 11/15/13 | 12/1/13 | 12/15/13 | 1/1/14 |
| | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | | | | | |
| | 1/15/2/1 | 2/1/14 | 2/15/14 | 3/1/14 | 3/15/14 | 4/1/14 | 4/15/14 | | | | | | |

Prepared By: _Mike Stevenson_      Date: 1/8/14
Mike Stevenson, MP&U Manager

Approved By: _Chris Wheaton_      Date: 1/8/14
Chris Wheaton, Director of Production

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130605-CCT,SDP Ham Strut

| TO: | ATTN: Ben Nagel | | SHIP TO: | Receiving |
|---|---|---|---|---|
| | CCT ENTERPRISES     (CCT) | | | KRISS USA, INC |
| | 530 NORTH STREET | | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | | Suite 8-136 |
| | PH:      (260) 925-1420 | | | Virginia Beach, VA 23452 |
| | FX:      (260) 925-2794 | | | PH: 757.821.1089 |
| | E-MAIL  bnagel@ccl-ent.com | | | FX: 757.689.2113 |

| PO Issue Date | Quota Number | Prepared by | Terms |
|---|---|---|---|
| January 7, 2014 | | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 3500 | PR810460010A | SDP Sub Compact Hammer Strut | $6.88 | $24,080.00 |
| | | Subtotal | | $24,080.00 |
| | | Sales Tax | | |
| | | S&H | | |
| | | Other | | |
| | | Total | | $24,080.00 |

Notes:
Obligation of Supplier
> Supply First Article to product to specifications 1/27/14
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
Obligation of KRISS USA
> Sample inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return material authorization
> Prompt payment per agreed upon terms
Caveat
> Either party can cancel this purchase order at any time with a 30 day advance notification

*Same PO - different part #'s*

*9100 shipped - PR810460009A*

*(60 shipped - PR810460010A*

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 2/1/14 | 2/15/14 | 3/1/14 | 3/15/14 | 4/1/14 | 4/15/14 | 5/1/14 | | | | | |

Prepared By: _[signature]_ Mike Stevenson, MP&L Manager     Date: 2/4/14

Approved By: _[signature]_ Chris Wheaton, Director of Production     Date: 2/4/14

This form: PO_MFG.XLTM
Last Printed: 2/4/2014

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20140107-CCT, SDP Sub Compact Hammer Strut



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | | |
|---|---|---|
| Number:  12253 | | Date:  09-Apr-13 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA  23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA  23452<br>United States of America |
| Ph: 757-821-1089          Fax:757-689-2113 | Ph:  757-821-1089          Fax:757-821-1094 |

| Terms | Ship Via | Salesperson |
|---|---|---|
| NET 30 DAYS | UPS GROUND | BNAGEL |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Line: 001<br>Part: PRB10440000A<br>STRIKE LEVER SHAFT | Expiration Date: 08-Jun-13<br>Rev: | | |
| 1,000 | ea | $1.2717 | $1,271.70 |
| 2,000 | ea | $0.9964 | $1,992.80 |

PRICE BASED ON 10,000 EAU OR 1000 PC A MONTH
WILL NEED PO FOR INCRIMENTS OF 2,000 PCS BUT CAN SHIP THAT QUANTITY OVER TWO MONTH PERIOD

_____     ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date. STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | | |
|---|---|---|
| Number:  12253 | Date:  09-Apr-13 | |

INTEGRATED MFG. SOLUTIONS

discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

**Purchase Order Number**
P20130429E-CCT,SDP Hammer Pin

| TO: | | | SHIP TO: | Receiving |
|---|---|---|---|---|
| ATTN: | Ben Nagel | | | KRISS USA, INC |
| CCT ENTERPRISES | | (CCT) | | 2697 International Pkwy |
| 530 NORTH STREET | | | | Suite 3-136 |
| AUBURN, IN 46706 | | | | Virginia Beach, VA 23452 |
| PH: | (260) 925-1420 | | | PH: 757.821.1089 |
| FX: | (260) 925-2794 | | | FX: 757-689.2113 |
| E-MAIL | bnagel@cct-ent.com | | | |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12258 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| | | SDP Hammer Pin | $0.99 | $9,900.00 |
| 10000 | PRB10440000A | | | |
| | | | Subtotal | $9,900.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $9,900.00 |

*(handwritten: Spike level pass)*

**Notes:**
**Obligation of Supplier**
> Supply First Article to product to specifications 5/24/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping

**Obligation of KRISS USA**
> Sample Inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

## \*\*\* REQUIRED DELIVERY SCHEDULE \*\*\*

| Delivery QTY --> | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 7/1/13 | 7/15/13 | 8/1/13 | 8/15/13 | 9/1/13 | 9/15/13 | 10/1/13 | 10/15/13 | 11/1/13 | 11/15/13 | 12/1/13 | 12/15/13 | 1/1/14 | 2/1/14 |

Prepared By: _Mike Stevenson_    Date: _4/29/13_
Mike Stevenson, MP&L Manager

Approved By: _Ella G. Green_    Date: _4-29-13_
John Spurrier, President/CEO



**Purchase Order Number**

P20130429E-CCT,SDP Hammer Pin

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

| TO: | | | SHIP TO: | Receiving |
|---|---|---|---|---|
| ATTN: | Ben Nagel | | | KRISS USA, INC |
| | CCT ENTERPRISES | (CCT) | | 2697 International Pkwy |
| | 530 NORTH STREET | | | Suite 3-136 |
| | AUBURN, IN 46706 | | | Virginia Beach, VA 23452 |
| | PH: (260) 925-1420 | | | PH: 757.821.1089 |
| | FX: (260) 925-2794 | | | FX: 757-689.2113 |
| | E-MAIL bnagel@cct-ent.com | | | |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12253 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10440000A | SDP Hammer Pin | $0.99 | $9,900.00 |

| | | |
|---|---|---|
| Subtotal | | $9,900.00 |
| Sales Tax | | |
| S&H | | |
| Other | | |
| Total | | $9,900.00 |

**Notes:**

**Obligation of Supplier**
> Supply First Article to product to specifications 5/24/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping

**Obligation of KRISS USA**
> Sample Inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms

**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

## ⁕⁕⁕ REQUIRED DELIVERY SCHEDULE ⁕⁕⁕

| Delivery QTY --> | 500 | 500 | 1000 | 1000 | 1000 | 1000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 2/1/14 | 2/15/14 | 3/1/14 | 3/15/14 | 4/1/14 | 4/15/14 | | | | |

Prepared By: *Mike Stevenson*     Date: 1/24/14
Mike Stevenson, MP&L Manager

Approved By: *Chris R. Wheaton*     Date: 1/28/14
Chris Wheaton, Director of Production

This form: PO_MFG.XLTM
Last Printed: 1/24/2014

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20130429E-CCT, Hammer Pin



# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

**Purchase Order Number**
P20130429R-CCT,SDP Interrupter

| TO: | | SHIP TO: | Receiving |
|---|---|---|---|
| ATTN: Ben Nagel | | | KRISS USA, INC |
| CCT ENTERPRISES    (CCT) | | | 2697 International Pkwy |
| 530 NORTH STREET | | | Suite B-136 |
| AUBURN, IN 46706 | | | Virginia Beach, VA 23452 |
| PH: (260) 925-1420 | | | PH: 757.821.1089 |
| FX: (260) 925-2794 | | | FX: 757-689.2113 |
| E-MAIL bnagel@cct-ent.com | | | |



*Quote #1 is for single lever style*

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12253 | MIS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10450000A | SDP Interrupter | $6.04 | $60,400.00 |
| | | | Subtotal | $60,400.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $60,400.00 |

Notes:
Obligation of Supplier
> Supply First Article to product to specifications 5/24/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
  Material Certification
  All secondary process certification(s)
  Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
  Certificate of Conformance
> If parts are rejected for Non-Conformance:
  A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
Obligation of KRISS USA
> Sample inspection performed by KRISS upon receipt
  Entire lot/shipment will be returned with NCR if sample falls inspection. KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
Caveat
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 500 | 1000 | 2000 | 1000 | 5000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 2/1/14 | 2/15/14 | 3/1/14 | 3/15/14 | 4/1/14 | 4/15/14 | | | | | | | |

Prepared By: _____   Date: _1/24/14_
Mike Stevenson, MP&L Manager

Approved By: _____   Date: _1/28/14_
Chris Wheaton, Director of Production

This form: PO_MFG.XLTM
Last Printed: 1/24/2014

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20130429F-CCT, Interrupter



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number: 12261 | Date: 09-Apr-13 |

| To | Quote To |
|---|---|
| KRISS USA INC. 2697 INTERNATIONAL PARKWAY BUILDING 3 SUITE 136 VIRGINIA BEACH, VA 23452 United States of America | CHRIS WHEATON KRISS USA INC. 2697 INTERNATIONAL PARKWAY BUILDING 3 SUITE 136 VIRGINIA BEACH, VA 23452 United States of America |
| Ph: 757-821-1089    Fax:757-689-2113 | Ph: 757-821-1089    Fax:757-821-1094 |

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | UPS GROUND | | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001 Part: PRB10130000A FIRING PIN | Expiration Date: 08-Jun-13 Rev: | | |
| 1,000 | ea | | $3.4304 | $3,430.40 |
| 2,000 | ea | | $3.1235 | $6,247.00 |

PRICE BASED ON 10,000 EAU OR 1,000 PCS A MONTH

_____ ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE



**CCT ENTERPRISES, LLC**
530 NORTH STREET
AUBURN, IN  46706

Ph: 260-925-1420
Fax: 260-925-2794

INTEGRATED MFG. SOLUTIONS

| Quote | |
|---|---|
| Number:  12251 | Date:  09-Apr-13 |

FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages. Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.
All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.



# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 28450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130429A-CCT,Recoil Guide, Rev

| TO: | | SHIP TO: | |
|---|---|---|---|
| ATTN: Ben Nagel | | | Receiving |
| CCT ENTERPRISES      {CCT} | | | KRISS USA, INC |
| 590 NORTH STREET | | | 2697 International Pkwy |
| AUBURN, IN 46706 | | | Suite 8-136 |
| PH:      (260) 925-1420 | | | Virginia Beach, VA 28452 |
| FX:      (260) 925-2794 | | | PH: 757.821.1089 |
| E-MAIL   bnagel@cct-ent.com | | | FX: 757-689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12251 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10080000A | SDP Recoil Spring Guide | $2.94 | $29,400.00 |
| | | | Subtotal | $29,400.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $29,400.00 |

Notes:
Obligation of Supplier
> Supply First-Article to product to specifications 5/24/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
Obligation of KRISS USA
> Sample Inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
Caveat
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY -> | 500 | 500 | 1000 | 1000 | 1000 | 1000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date -> | 2/1/14 | 2/15/14 | 3/1/14 | 3/15/14 | 4/1/14 | 4/15/14 | | | | |

Prepared By: _Mike Hunniker_          Date: 1/24/14
           Mike Stevenson, MP&L Manager

Approved By: _Chris Wheaton_          Date: 1/28/14
           Chris Wheaton, Director of Production

This form: PO_MFG.XLTM
Last Printed: 1/24/2014

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20130429A-CCT, Recoil Guide Revised

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

**Purchase Order Number**
P20130429B-CCT,SDP Firing Pin

| TO: | ATTN:   Ben Nagel | | SHIP TO: | Receiving |
|---|---|---|---|---|
| | CCT ENTERPRISES        (CCT) | | | KRISS USA, INC |
| | 530 NORTH STREET | | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | | Suite 3-136 |
| | PH:      (260) 925-1420 | | | Virginia Beach, VA 23452 |
| | FX:      (260) 925-2794 | | | PH: 757.821.1089 |
| | E-MAIL  bnagel@cct-ent.com | | | FX: 757.689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12251 | MIS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10130000A | SDP Firing Pin | $3.12 | $31,200.00 |
| | | | Subtotal | $31,200.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $31,200.00 |

Notes:
  Obligation of Supplier
  > Supply First Article to product to specifications 5/24/13
  > Ground ship unless otherwise specified
  > Meet the delivery schedule as noted below:
  > The following must accompany all manufactured components:
    Material Certification
    All secondary process certification(s)
    Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
    Certificate of Conformance
  > If parts are rejected for Non-Conformance:
    A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
  Obligation of KRISS USA
  > Sample Inspection performed by KRISS upon receipt
    Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return materiel authorization
  > Prompt payment per agreed upon terms
  Caveat
  > Either party can cancel this purchase order at any time with a 30 day advance notification

*PPP Shipped*

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY -> | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date -> | 7/1/13 | 7/15/13 | 8/1/13 | 8/15/13 | 9/1/13 | 9/15/13 | 10/1/13 | 10/15/13 | 11/1/13 | 11/15/13 | 12/1/13 | 12/15/13 | 1/1/14 | 1/1/14 |

Prepared By: _Mike Stevenson_      Date: 4/29/13
             Mike Stevenson, MP&L Manager

Approved By: _Ella G. Green_       Date: 4-29-13
             John Spurrier, President/CEO

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20130429B-CCT, Firing Pin

 **USA, INC**

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130429B-CCT,SDP Firing Pin Re

| TO: | ATTN: | Ben Nagel | | SHIP TO: | Receiving |
|---|---|---|---|---|---|
| | CCT ENTERPRISES | (CCT) | | | KRISS USA, INC |
| | 530 NORTH STREET | | | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | | | Suite 3-136 |
| | PH: | (260) 925-1420 | | | Virginia Beach, VA 23452 |
| | FX: | (260) 925-2794 | | | PH: 757.821.1089 |
| | E-MAIL | bnagel@cct-ent.com | | | FX: 757.689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12251 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10130000A | SDP Firing Pin | $3.12 | $31,200.00 |
| | | | Subtotal | $31,200.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $31,200.00 |

**Notes:**
**Obligation of Supplier**
> Supply First Article to product to specifications 5/24/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
    Material Certification
    All secondary process certification(s)
    Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
    Certificate of Conformance
> If parts are rejected for Non-Conformance:
    A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
**Obligation of KRISS USA**
> Sample Inspection performed by KRISS upon receipt
    Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

### *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 500 | 1000 | 1000 | 1000 | 1000 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 2/1/14 | 2/15/14 | 3/1/14 | 3/15/14 | 4/1/14 | 4/15/14 | | | | | |
| | | | | | | | | | | | |

Prepared By: _Mike Stevenson_     Date: 1/24/14
Mike Stevenson, MP&I Manager

Approved By: _Chris Wheaton_     Date: 1/28/14
Chris Wheaton, Director of Production

This form: PO_MFG.XLTM
Last Printed: 1/24/2014

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20130429B-CCT, Firing Pin



**CCT Enterprises**

INTEGRATED MFG. SOLUTIONS

CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:  12249 | Date:  09-Apr-13 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph: 757-821-1089        Fax:757-689-2113 | Ph:  757-821-1089        Fax:757-821-1094 |

| Terms | Ship Via | Salesperson |
|---|---|---|
| NET 30 DAYS | UPS GROUND | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001<br>Part: PRB10080000A<br>RECOIL SPRING GUIDE | Expiration Date: 08-Jun-13<br>Rev: | | |
| 1,000 | ea | | $2.9429 | $2,942.90 |
| | | | Total: | $2,942.90 |

QUOTE BASED ON 10,000 EAU OR 1,000 PCS A MONTH
QPQ PROCESS HAS 900 LB MIN LOT TO SURPASS LOT PRICE

_____ ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | | |
|---|---|---|
| Number:  12249 | | Date:   09-Apr-13 |

FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130429A-CCT,SDP Recoil Guide

| TO: | ATTN: Ben Nagel | SHIP TO: | Receiving |
|---|---|---|---|
| | CCT ENTERPRISES        (CCT) | | KRISS USA, INC |
| | 530 NORTH STREET | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | Suite 3-136 |
| | PH:     (260) 925-1420 | | Virginia Beach, VA 23452 |
| | FX:     (260) 925-2794 | | PH: 757.821.1089 |
| | E-MAIL: bnagel@cct-ent.com | | FX: 757.689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12249 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10080000A | SDP Recoil Spring Guide | $2.94 | $29,429.00 |
| | | | Subtotal | $29,429.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $29,429.00 |

Notes:
  Obligation of Supplier
    > Supply First Article to product to specifications 5/24/13
    > Ground ship unless otherwise specified
    > Meet the delivery schedule as noted below:
    > The following must accompany all manufactured components:
      Material Certification
      All secondary process certification(s)
      Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
      Certificate of Conformance
    > If parts are rejected for Non-Conformance:
      A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
  Obligation of KRISS USA
    > Sample Inspection performed by KRISS upon receipt
      Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return materiel authorization
    > Prompt payment per agreed upon terms
  Caveat
    > Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 7/1/13 | 7/15/13 | 8/1/13 | 8/15/13 | 9/1/13 | 9/15/13 | 10/1/13 | 10/15/13 | 11/1/13 | 11/15/13 | 12/1/13 | 12/15/13 | 1/1/14 |

Prepared By:   *Mike Stevenson*        Date: 4/29/13
Mike Stevenson, MP&L Manager

Approved By:   *Ella G. Green*        Date: 4-29-13
John Spurrier, President/CEO

This form: PO_MFG.XLTM
Last Printed: 4/29/2013

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20130429A-CCT, Recoil Spring Guide



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number: 12250 | Date: 09-Apr-13 |

**To**

KRISS USA INC.
2697 INTERNATIONAL PARKWAY
BUILDING 3 SUITE 136
VIRGINIA BEACH, VA 23452
United States of America

Ph: 757-821-1089      Fax:757-689-2113

**Quote To**

CHRIS WHEATON
KRISS USA INC.
2697 INTERNATIONAL PARKWAY
BUILDING 3 SUITE 136
VIRGINIA BEACH, VA 23452
United States of America

Ph: 757-821-1089      Fax:757-821-1094

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | UPS GROUND | | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001 | Expiration Date: 08-Jun-13 | | |
| | Part: PRB10190000A | Rev: | | |
| | FIRING PIN SAFETY | | | |
| 1,000 | ea | | $2.2026 | $2,202.60 |
| | | | Total: | $2,202.60 |

ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods will be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED

Page 1 of 2



INTEGRATED MFG. SOLUTIONS

CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:   12250 | Date:   09-Apr-13 |

WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130429D-CCT,SDP F.P Safety

| TO: | ATTN: | Ben Nagel | | SHIP TO: | Receiving |
|---|---|---|---|---|---|
| | CCT ENTERPRISES | (CCT) | | | KRISS USA, INC |
| | 530 NORTH STREET | | | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | | | Suite B-136 |
| | PH: | (260) 925-1420 | | | Virginia Beach, VA 23452 |
| | FX: | (260) 925-2794 | | | PH: 757.821.1089 |
| | E-MAIL | bnagel@cct-ent.com | | | FX: 757.689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12250 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PR810190000A | SDP Firing Pin Safety | $2.20 | $22,000.00 |
| | | | Subtotal | $22,000.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $22,000.00 |

Notes:
Obligation of Supplier
> Supply First Article to product to specifications 5/24/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
    Material Certification
    All secondary process certification(s)
    Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
    Certificate of Conformance
> If parts are rejected for Non-Conformance:
    A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping

*Please shipped*

Obligation of KRISS USA
> Sample inspection performed by KRISS upon receipt
    Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return material authorization
> Prompt payment per agreed upon terms
Caveat
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery QTY --> | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Delivery Date --> | 6/1/13 | 7/15/13 | 8/1/13 | 8/15/13 | 9/1/13 | 9/15/13 | 10/1/13 | 10/15/13 | 11/1/13 | 11/15/13 | 12/1/13 | 12/15/13 | 12/31/13 |

Prepared By: _Mike Stevenson_   Date: _4/29/13_
Mike Stevenson, MP&L Manager

Approved By: _Ella S. Green_   Date: _4-29-13_
John Spurrier, President/CEO

This form: PO_MFG.XLTM
Last Printed: 4/29/2013

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20130429D-CCT, Firing Pin Safety



# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

Purchase Order Number
P20130429D-CCT,SDP F.P Safety

| TO: | | SHIP TO: | |
|---|---|---|---|
| ATTN:  Ben Nagel | | Receiving | |
| CCT ENTERPRISES       (CCT) | | KRISS USA, INC | |
| 530 NORTH STREET | | 2697 International Pkwy | |
| AUBURN, IN 46706 | | Suite B-186 | |
| PH:       (260) 925-1420 | | Virginia Beach, VA 23452 | |
| FX:       (260) 925-2794 | | PH: 757.821.1089 | |
| E-MAIL:  bnagel@cct-ent.com | | FX: 757-689.2113 | |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12250 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10190000A | SDP Firing Pin Safety | $2.20 | $22,000.00 |
| | | | Subtotal | $22,000.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $22,000.00 |

Notes:
Obligation of Supplier
> Supply First Article to product to specifications 5/24/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
Obligation of KRISS USA
> Sample Inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return material authorization
> Prompt payment per agreed upon terms
Caveat
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 500 | 1000 | 1000 | 1000 | 1000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 2/1/14 | 2/15/14 | 3/1/14 | 3/15/14 | 4/1/14 | 4/15/14 | | | | | | | |

Prepared By: _____     Date: _1/24/14_
                     Mike Stevenson, MP&L Manager

Approved By: _____     Date: _1/28/14_
                     Chris Wheaton, Director of Production



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph:  260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:  12244 | Date:  09-Apr-13 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA  23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA  23452<br>United States of America |
| Ph:  757-821-1089          Fax:757-689-2113 | Ph:  757-821-1089          Fax:757-821-1094 |

| Terms | Ship Via | Salesperson |
|---|---|---|
| NET 30 DAYS | UPS GROUND | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001<br>Part: PRB10450000A<br>INTERRUPTER | Expiration Date: 08-Jun-13<br>Rev: | | |
| 1,000 | ea | | $6.04 | $6,040.00 |
| | | | Total: | $6,040.00 |

REV 1 PRICE REDUCTION BASED ON PACKAGE OF PARTS
BASED ON 10,000 EAU OR 1,000 PC A MONTH

ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE

Page 1 of 2



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
| --- | --- |
| Number:  12244 | Date:  09-Apr-13 |

FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130429F-CCT,SDP Interruptor

*20130429F - CCT, SDP Interruptor*

| TO: | | SHIP TO: | |
|---|---|---|---|
| ATTN: Ben Nagel | | Receiving | |
| CCT ENTERPRISES        (CCT) | | KRISS USA, INC | |
| 930 NORTH STREET | | 2697 International Pkwy | |
| AUBURN, IN 46706 | | Suite 3-136 | |
| PH:    (260) 925-1420 | | Virginia Beach, VA 23452 | |
| FX:    (260) 925-2794 | | PH: 757.821.1089 | |
| E-MAIL  bnagel@cct-ent.com | | FX: 757-689.2113 | |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12244 | MJS | Net 80 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 10000 | PRB10450000A | SDP Interrupter | $6.04 | $60,400.00 |
| | | | Subtotal | $60,400.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $60,400.00 |

Notes:
  Obligation of Supplier
    > Supply First Article to product to specifications 5/24/13
    > Ground ship unless otherwise specified
    > Meet the delivery schedule as noted below:
    > The following must accompany all manufactured components:
        Material Certification
        All secondary process certification(s)
        Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
        Certificate of Conformance
    > If parts are rejected for Non-Conformance:
        A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
  Obligation of KRISS USA
    > Sample inspection performed by KRISS upon receipt
        Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return materiel authorization
    > Prompt payment per agreed upon terms
  Caveat
    > Either party can cancel this purchase order at any time with a 30 day advance notification

*9827 Shipped*

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 8/1/13 | 8/15/13 | 8/1/13 | 8/15/13 | 9/1/13 | 9/15/13 | 10/1/13 | 10/15/13 | 11/1/13 | 11/15/13 | 12/1/13 | 12/15/13 | 1/1/14 | |

Prepared By: _Mike Stevenson_        Date: _4/29/13_
              Mike Stevenson, MP&A Manager

Approved By: _Ella G. Green_          Date: _4-29-13_
              John Spurrier, President/CEO

This form: PO_MFG.XLTM
Last Printed: 4/29/2013

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20130429F-CCT, Interrupter



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph:  260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:  12330 | Date:  20-Sep-13 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph: 757-821-1089       Fax:757-689-2113 | Ph:  757-821-1089      Fax:757-821-1094 |

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | FEDEX FREIGHT | | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001<br>Part: PRB00012803A<br>BUSHING | Expiration Date: 19-Nov-13<br>Rev: 00 | | |
| 500 | ea | | $2.1555 | $1,077.75 |
| | | | Total: | $1,077.75 |

ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED

Page 1 of 2



INTEGRATED MFG. SOLUTIONS

CCT ENTERPRISES, LLC
630 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:   12330 | Date:   20-Sep-13 |

WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is I limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

Page 2 of 2





**Purchase Order Number**
P20140210A-CCT,SDP SUB Bushing

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

| TO: | ATTN: Ben Nagel<br>CCT ENTERPRISES      (CCT)<br>530 NORTH STREET<br>AUBURN, IN 46706<br>PH:      (260) 925-1420<br>FX:      (260) 925-2794<br>E-MAIL  bnagel@cct-ent.com | SHIP TO: | Receiving<br>KRISS USA, INC<br>2697 International Pkwy<br>Suite 3-136<br>Virginia Beach, VA 23452<br>PH: 757.821.1089<br>FX: 757-689.2113 |
|---|---|---|---|

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| February 10, 2014 | 12330 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 3500 | PRB10680000A | SDP Sub Compact Bushing | $2.16 | $7,544.25 |
| | PRB10680000B | | Subtotal | $7,544.25 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $7,544.25 |

Notes:
**Obligation of Supplier**
> Supply 10 First Article to product to specifications 11/15/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany  all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
**Obligation of KRISS USA**
> Sample inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return material authorization
> Prompt payment per agreed upon terms
**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 1000 | 1000 | 1000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 2/19/14 | 3/1/14 | 4/1/14 | 5/1/14 | | | | | | | |

Prepared By: _Mike Stevenson_      Date: 2/10/14
Mike Stevenson, MP&L Manager

Approved By: _Chris Wheaton_      Date: 2/10/14
Chris Wheaton, Director of Production



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph:  260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:  12228-1 | Date:  20-Feb-14 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph: 757-821-1089          Fax:757-689-2113 | Ph:  757-821-1089          Fax:757-821-1094 |

| Terms | Ship Via | Salesperson |
|---|---|---|
| NET 30 DAYS | UPS GROUND | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001 | Expiration Date: 21-Apr-14 | | |
| | Part: PRB00072121A | Rev: B | | |
| | SPHINX 9MM SDP 95.5 | | | |
| 1,000 | ea | | $45.6762 | $45,676.20 |
| | | | Total: | $45,676.20 |

UPDATED PRICE INCLUDES:
LASER AND INDUCTION HEAT TREAT
BLACK OXIDE
POLISHING FEED RAMPS
FIXTURE PRICE OF 15,000 AND SAMPLE PCS COSTS WAIVED FOR  BECAUSE OF ONE YEAR COMMITMENT OF 1,000 PTS OR
MORE A MONTH.
ACCEPTANCE OF THIS QUOTE IS AGREED TO A TOTAL ONE YEAR QUANTITY OF 12,000 BARRELS MIN.

_____  ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's
acceptance there of. Payment Terms: US0$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent
per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in
buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture,
processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may
cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall
pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In
any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts
of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable
control.



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| | Quote | | |
|---|---|---|---|
| Number: | 12228-1 | Date: | 20-Feb-14 |

5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.

6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is l imited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.



CCT ENTERPRISES, LLC
630 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

## Quote

| Number: 12261 | Date: 09-Apr-13 |
|---|---|

| To | Quote To |
|---|---|
| KRISS USA INC. | CHRIS WHEATON |
| 2697 INTERNATIONAL PARKWAY | KRISS USA INC. |
| BUILDING 3 SUITE 136 | 2697 INTERNATIONAL PARKWAY |
| VIRGINIA BEACH, VA 23452 | BUILDING 3 SUITE 136 |
| United States of America | VIRGINIA BEACH, VA 23452 |
| | United States of America |
| Ph: 757-821-1089   Fax: 757-689-2113 | Ph: 757-821-1089   Fax: 757-821-1094 |

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | UPS GROUND | | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001 | Expiration Date: 08-Jun-13 | | |
| | Part: PRB10130000A | Rev: | | |
| | FIRING PIN | | | |
| 1,000 | ea | | $3.4304 | $3,430.40 |
| 2,000 | ea | | $3.1235 | $6,247.00 |

PRICE BASED ON 10,000 EAU OR 1,000 PCS A MONTH

_____
ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number: 12251 | Date: 09-Apr-13 |

INTEGRATED MFG. SOLUTIONS

FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is I limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.



# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20140210C-CCT,SDP Firing Sc

| TO: | | SHIP TO: | |
|---|---|---|---|
| ATTN: Ben Nagel | | Receiving | |
| CCT ENTERPRISES        (CCT) | | KRISS USA, INC | |
| 530 NORTH STREET | | 2697 International Pkwy | |
| AUBURN, IN 46706 | | Suite 3-136 | |
| PH:      (260) 925-1420 | | Virginia Beach, VA 23452 | |
| FX:      (260) 925-2794 | | PH: 757.821.1089 | |
| E-MAIL  bnagel@cct-ent.com | | FX: 757-689.2113 | |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| April 29, 2013 | 12251 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 3500 | PR010130020A | SDP Firing Pin | $3.12 | $10,920.00 |
| | | | Subtotal | $10,920.00 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $10,920.00 |

**Notes:**
Obligation of Supplier
> Supply First Article to product to specifications 2/19/14
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
Obligation of KRISS USA
> Sample Inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return material authorization
> Prompt payment per agreed upon terms
Caveat
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 1000 | 1000 | 1000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 2/19/14 | 3/1/14 | 4/1/14 | 5/1/14 | | | | | | | |
| | | | | | | | | | | | |

Prepared By: _Mike Stevenson_   Date: 2/10/14
Mike Stevenson, MP&L Manager

Approved By: _Chris Wheaton_   Date: 2/10/14
Chris Wheaton, Director of Production

This form: PO_MFG.XLTM
Last Printed: 2/10/2014

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20140210C-CCT, Sub Compact Firing Pin

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P20130911-CCT,SDP Barrel, Revise

| TO: | ATTN: Ben Nagel | SHIP TO: | Receiving |
|---|---|---|---|
| | CCT ENTERPRISES    (CCT) | | KRISS USA, INC |
| | 530 NORTH STREET | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | Suite 3-136 |
| | PH:   (260) 925-1420 | | Virginia Beach, VA 23452 |
| | FX:   (260) 925-2794 | | PH: 757.821.1089 |
| | E-MAIL  bnagel@cct-ent.com | | FX: 757-689-2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| February 25, 2014 | 12228-1 | MIS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 8500 | PRG10070000A | Barrel, Compact | $45.68 | $388,247.70 |
| | | | Subtotal | $388,247.70 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $388,247.70 |

Notes:
**Obligation of Supplier**
> Supply First Article to product to specifications 10/7/13
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
**Obligation of KRISS USA**
> Sample inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return material authorization
> Prompt payment per agreed upon terms
**Caveat**
~ Either party can cancel this purchase order at any time with a 30 day advance notification ~    *[signature]* 2/26/14

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 1000 | 1500 | 2000 | 2000 | 2000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 3/15/14 | 4/15/14 | 5/15/14 | 6/15/14 | 7/15/14 | | | | | | | |

Prepared By: _Mike Stevenson_          Date: 2/25/14
Mike Stevenson, MP&L Manager

Approved By: _[signature]_          Date: 2/25/14
Christopher R. Wheaton, Director of Production



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph:  260-925-1420
Fax: 260-925-2794

| Quote | | |
|---|---|---|
| Number:  12381 | | Date:  25-Feb-14 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph:  757-821-1089        Fax:757-689-2113 | Ph:  757-821-1089        Fax:757-821-1094 |

| Terms | Ship Via | Salesperson |
|---|---|---|
| NET 30 DAYS | UPS GROUND | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001<br>Part:  PRB10070020A<br>SPHINX 9MM SUB COMPACT | Expiration Date: 26-Apr-14<br>Rev:  A | | |
| 300 ea | | | $45.6762 | $13,702.86 |
| | | | Total: | $13,702.86 |

UPDATED PRICE INCLUDES:
LASER AND INDUCTION HEAT TREAT
BLACK OXIDE
POLISHING FEED RAMPS
PRICE BASED ON COMMITMENT OF KRISS FOR BARRELL CONTRACT SEE QUOTE# 12228-1
BASED ON 3,500 EAU

_____  ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USDS, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | | |
|---|---|---|
| Number: 12381 | | Date: 25-Feb-14 |

claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.

6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

**Purchase Order Number**
P20140225-CCT,Sub Compact Barrel

| TO: | ATTN: Ben Nagel | SHIP TO: | Receiving |
|---|---|---|---|
| | CCT ENTERPRISES        (CCT) | | KRISS USA, INC |
| | 530 NORTH STREET | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | Suite 3-136 |
| | PH:     (260) 925-1420 | | Virginia Beach, VA 23452 |
| | FX:     (260) 925-2794 | | PH: 757.821.1089 |
| | E-MAIL  bnagel@cct-enl.com | | FX: 757-689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| February 25, 2014 | 12381 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 3500 | PRB10070020A | SDP Sub Compact Barrel | $45.68 | $159,866.70 |
| | | | Subtotal | $159,866.70 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $159,866.70 |

Notes:
Obligation of Supplier
  > Supply First Article to product to specifications 3/10/14
  > Ground ship unless otherwise specified
  > Meet the delivery schedule as noted below:
  > The following must accompany all manufactured components:
    Material Certification
    All secondary process certification(s)
    Inspection Report/detail of how many components Inspected, dimensions checked, and the actual readings
    Certificate of Conformance
  > If parts are rejected for Non-Conformance:
    A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
Obligation of KRISS USA
  > Sample inspection performed by KRISS upon receipt
    Entire lot/shipment will be returned with NCR If sample fails inspection.  KRISS will notify vendor and request return material authorization
  > Prompt payment per agreed upon terms
Caveat
  > Either party can cancel this purchase order at any time with a 30 day advance notification   2/26/14

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 500 | 1500 | 1500 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | 3/15/14 | 4/15/14 | 5/25/14 | | | | | | | |

Prepared By: _____ Mike Stevenson, MP&L Manager          Date: 2-25.14

Approved By: _____ Christopher R. Wheaton, Director of Production          Date: 2/25/14

This form: PO_MFG.XLTM
Last Printed: 2/25/2014

This document located:
Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\20140225-CCT, Sub Compact Barrel



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph:  260-925-1420
Fax: 260-925-2794

| | Quote | | |
|---|---|---|---|
| Number:  12389 | | Date:  19-Mar-14 | |

**To**

KRISS USA INC.
2697 INTERNATIONAL PARKWAY
BUILDING 3 SUITE 136
VIRGINIA BEACH, VA 23452
United States of America

Ph: 757-821-1089          Fax:757-689-2113

**Quote To**

CHRIS WHEATON
KRISS USA INC.
2697 INTERNATIONAL PARKWAY
BUILDING 3 SUITE 136
VIRGINIA BEACH, VA 23452
United States of America

Ph:  757-821-1089          Fax:757-821-1094

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | FEDEX FREIGHT | | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001 | Expiration Date: 18-May-14 | | |
| | Part: PRB10760000A | Rev: 00 | | |
| | SCHLIESSFEDERFUHRUNG COMPACT | | | |
| 20 | ea | | $32.875 | $657.50 |
| 2,000 | ea | | $1.6053 | $3,210.60 |

_____  ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD5, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE



INTEGRATED MFG. SOLUTIONS

CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph:  260-925-1420
Fax: 260-925-2794

| Quote | | |
|---|---|---|
| Number:  12389 | | Date:  19-Mar-14 |

FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P2036-CCT,Marking Recoil Guide

| TO: | | SHIP TO: | |
|---|---|---|---|
| ATTN:   Ben Nagel | | Receiving | |
| CCT ENTERPRISES      (CCT) | | KRISS USA, INC | |
| 530 NORTH STREET | | 2697 International Pkwy | |
| AUBURN, IN 46706 | | Suite 3-236 | |
| PH:      (260) 925-1420 | | Virginia Beach, VA 23452 | |
| FX:      (260) 925-2794 | | PH: 757.821.1089 | |
| E-MAIL  bnagel@cct-ent.com | | FX: 757.689.2113 | |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| March 20, 2014 | 12389 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 20 | PRB10760000A | Marking Recoil Spring Guide (Part 2) | $32.875 | $657.50 |
| | | | Subtotal | $657.50 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $657.50 |

**Notes:**
Obligation of Supplier
  > Supply First Article to product to specifications 3/10/14
  > Ground ship unless otherwise specified
  > Meet the delivery schedule as noted below:
  > The following must accompany all manufactured components:
    Material Certification
    All secondary process certification(s)
    Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
    Certificate of Conformance
  > If parts are rejected for Non-Conformance:
    A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
Obligation of KRISS USA
  > Sample Inspection performed by KRISS upon receipt
    Entire lot/shipment will be returned with NCR if sample fails inspection. KRISS will notify vendor and request return materiel authorization
  > Prompt payment per agreed upon terms
Caveat
  > Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 20 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | ASAP | | | | | | | |

Prepared By: _____    Date: 3-20.14
Mike Stevenson, MP&L Manager

Approved By: _____    Date: 3/20/14
Christopher R. Wheaton, Director of Production



CCT ENTERPRISES, LLC
630 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number: 12390 | Date: 19-Mar-14 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph: 757-821-1089      Fax:757-689-2113 | Ph: 767-821-1089      Fax:757-821-1094 |

| Terms | Ship Via | Salesperson |
|---|---|---|
| NET 30 DAYS | FEDEX FREIGHT | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Line: 001<br>Part: PRB10770000A<br>SCHLIESSFEDERFUHRUNG COMPACT<br>SCHLIESSFEDERFUHRUNG COMPACT<br>TEIL - 3 | Expiration Date: 18-May-14<br>Rev: 00 | | |
| 20 | ea | | $32.1335 | $642.67 |
| 2,000 | ea | | $0.8644 | $1,728.80 |

ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:  12390 | Date:  19-Mar-14 |

discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689.2113

**Purchase Order Number**
P2037-CCT, Marking Recoil Guide, 3

| TO: | ATTN: Ben Nagel | SHIP TO: | Receiving |
|---|---|---|---|
| | CCT ENTERPRISES        (CCT) | | KRISS USA, INC |
| | 580 NORTH STREET | | 2697 International Pkwy |
| | AUBURN, IN 46705 | | Suite 3-186 |
| | PH:     (260) 925-1420 | | Virginia Beach, VA 23452 |
| | FX:     (260) 925-2794 | | PH: 757.821.1089 |
| | E-MAIL  bnagel@cct-ent.com | | FX: 757.689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| March 20, 2014 | 12390 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 20 | PRB10770000A | Marking Recoil spring Guide (Part 3) | $32.134 | $642.67 |
| | | | Subtotal | $642.67 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $642.67 |

Notes:
**Obligation of Supplier**
> Supply First Article to product to specifications 3/10/14
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
   Material Certification
   All secondary process certification(s)
   Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
   Certificate of Conformance
> If parts are rejected for Non-Conformance:
   A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
**Obligation of KRISS USA**
> Sample Inspection performed by KRISS upon receipt
   Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 20 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | ASAP | | | | | | | | | | |

Prepared By: _Mike Stevenson_                    Date: 3.20.14
Mike Stevenson, MP&L Manager

Approved By: _____              Date: 3/20/14
Christopher R. Wheaton, Director of Production

This form: PO_MFG.XLTM
Last Printed: 3/20/2014

Z:\Purchasing\Supplier Purchase Orders Sphinx\CCT\2037-CCT, Marking Recoil Guide

This document located:



CCT ENTERPRISES, LLC
630 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | | |
|---|---|---|
| Number: 12392 | | Date: 19-Mar-14 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph: 757-821-1089        Fax:757-689-2113 | Ph: 757-821-1089      Fax:757-821-1094 |

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | FEDEX FREIGHT | | BNAGEL |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Line: 001<br>Part: PRB10750000A       Expiration Date: 18-May-14<br>SCHLIESSFEDERFUHRUNG COMPACT      Rev: 00<br>SCHLIESSFEDERFUHRUNG COMPACT<br>TEIL - 1 | | |
| 20 | ea | $33.0219 | $660.44 |
| 2,000 | ea | $1.7525 | $3,505.00 |

ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

**INTEGRATED MFG. SOLUTIONS**

| Quote | | |
|---|---|---|
| Number: 12392 | | Date: 19-Mar-14 |

discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

# KRISS USA, INC

PO Box 8928
Virginia Beach, VA 23450
PH 757.821.1089
FX 757.689-2113

**Purchase Order Number**
P2039-CCT, Marking Recoil Guide

| TO: | ATTN: Ben Nagel | | SHIP TO: | Receiving |
|---|---|---|---|---|
| | CCT ENTERPRISES        (CCT) | | | KRISS USA, INC |
| | 530 NORTH STREET | | | 2697 International Pkwy |
| | AUBURN, IN 46706 | | | Suite 3-136 |
| | PH:      (260) 925-1420 | | | Virginia Beach, VA 23452 |
| | FX:      (260) 925-2794 | | | PH: 757.821.1089 |
| | E-MAIL  bnagel@cct-ent.com | | | FX: 757-689.2113 |

| PO Issue Date | Quote Number | Prepared by | Terms |
|---|---|---|---|
| March 20, 2014 | 12392 | MJS | Net 30 |

| Quantity | Part Number | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 20 | PRB10750000A | Marking Recoil Spring Guide | $33.022 | $660.44 |
| | | | Subtotal | $660.44 |
| | | | Sales Tax | |
| | | | S&H | |
| | | | Other | |
| | | | Total | $660.44 |

Notes:
**Obligation of Supplier**
> Supply First Article to product to specifications 3/10/14
> Ground ship unless otherwise specified
> Meet the delivery schedule as noted below:
> The following must accompany all manufactured components:
  Material Certification
  All secondary process certification(s)
  Inspection Report/detail of how many components inspected, dimensions checked, and the actual readings
  Certificate of Conformance
> If parts are rejected for Non-Conformance:
  A Corrective Action Report must be submitted to KRISS, USA Quality Dept prior to reshipping
**Obligation of KRISS USA**
> Sample Inspection performed by KRISS upon receipt
  Entire lot/shipment will be returned with NCR if sample fails inspection.  KRISS will notify vendor and request return materiel authorization
> Prompt payment per agreed upon terms
**Caveat**
> Either party can cancel this purchase order at any time with a 30 day advance notification

## *** REQUIRED DELIVERY SCHEDULE ***

| Delivery QTY --> | 20 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Delivery Date --> | ASAP | | | | | | | | | |

Prepared By: _Mike Stevenson_     Date: 3-20-14
Mike Stevenson, MP&L Manager

Approved By: _Christopher R. Wheaton_     Date: 3/20/14
Christopher R. Wheaton, Director of Production



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number: 12398 | Date: 01-Apr-14 |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph: 757-821-1089      Fax:757-689-2113 | Ph: 757-821-1089      Fax:757-821-1094 |

| Terms | Ship Via | | Salesperson |
|---|---|---|---|
| NET 30 DAYS | FEDEX FREIGHT | | BNAGEL |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | | | | |
| 2,000 ea | Line: 001<br>Part: PRB11010000A<br>KOMPENSATOR<br><br>Additional Charges: ONE TIME SU/PGM/FXT | Expiration Date: 31-May-14<br>Rev: - | $17.6626 | $35,325.20<br>$1,800.00 |
| | | | Total: | $37,125.20 |

ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture, processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:  12398 | Date:  01-Apr-14 |

### INTEGRATED MFG. SOLUTIONS

discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN 46706

Ph: 260-925-1420
Fax: 260-926-2794

| Quote | | |
|---|---|---|
| Number: 12396 | Date: 01-Apr-14 | |

| To | Quote To |
|---|---|
| KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America | CHRIS WHEATON<br>KRISS USA INC.<br>2697 INTERNATIONAL PARKWAY<br>BUILDING 3 SUITE 136<br>VIRGINIA BEACH, VA 23452<br>United States of America |
| Ph: 757-821-1089      Fax:757-689-2113 | Ph: 757-821-1089      Fax:767-821-1094 |

| Terms | Ship Via | Salesperson |
|---|---|---|
| NET 30 DAYS | FEDEX FREIGHT | BNAGEL |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Line: 001                              Expiration Date: 31-May-14 | | |
| | Part: PRB10080030A                     Rev: - | | |
| | SCHLIESSFEDERFUHRUNG FUR KOMP | | |
| 2,000 | ea | $1.8092 | $3,618.40 |
| | Additional Charges: PGM/FXT/SETUP ONE TIME | | $1,500.00 |
| | | Total: | $5,118.40 |

_____
ESTIMATOR

Acceptance of this order is limited to such terms and conditions, and any purchase order based on this quotation shall be deemed to constitute buyer's
acceptance there of. Payment Terms: USD$, 1/2 percent if paid within 10 days of invoice date, STD Terms to be 45 days if not stated above. Three percent
per month interest for all payments past stated agreed terms
Buyer responsible for bank charges in payment of goods.
FOB shipping point.

QUOTATION TERMS AND CONDITIONS
1. Applicable Terms. The following terms, and all terms stated within quotation, shall constitute a part of the contract of sale between the parties, anything in
buyer's purchase order to the contrary notwithstanding. Buyer's acceptance of the goods described herein shall constitute acceptance of these terms.
2. Prices. Prices shown are current prices and seller reserves the right to increase prices at any time to cover increases in seller's costs of manufacture,
processing or shipment of the described goods. Seller will give at least 5 days' prior notice of any price increase, and if unacceptable to buyer, buyer may
cancel as to any unreleased goods by giving prompt written notice to seller.
3. Delivery. Delivery shall be F.O.B. seller's plant, Auburn, IN, and buyer shall pay all shipping and freight costs from such point. All risk of loss to goods shall
pass to buyer upon seller's delivery to carrier. Delivery of goods may be in single or several lots, at seller's option.
4. Delays. Any delivery dates shown are best estimates only, unless seller has expressly guaranteed delivery by such dates at the specific request of buyer. In
any event, seller shall have no liability to buyer if delivery is delayed by strikes, labor disturbances, raw material shortages, plant calamities or disasters, acts
of God, government actions, civil disturbances, the failure of any presupposed condition of the contract, or other interferences beyond seller's reasonable
control.
5. Inspection. Buyer shall inspect all goods upon receipt and prior to installation or use in further manufacture, and buyer shall give prompt notice of any
claimed discrepancy to seller. Any discrepancy not reported to seller within 60 days after buyer's receipt of goods shall be waived.
6. Warranties. Seller warrants the goods to conform to specifications and to be free of material flaws or imperfections in workmanship and materials within
such tolerances as may be customary in the industry. In the event of any breach of the foregoing warranty, the buyer's sole remedy shall be to return the
discrepant goods for replacement or refund of the purchase price, at seller's option. Seller agrees to pay freight costs in connection with the return of any



CCT ENTERPRISES, LLC
530 NORTH STREET
AUBURN, IN  46706

Ph: 260-925-1420
Fax: 260-925-2794

| Quote | |
|---|---|
| Number:  12396 | Date:  01-Apr-14 |

INTEGRATED MFG. SOLUTIONS

discrepant goods, but any costs relating to removal of the discrepant goods or installation of replacement goods shall be buyer's responsibility. THE FOREGOING EXPRESS WARRANTY AND REMEDY ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES; ANY IMPLIED WARRANTIES AS TO QUALITY, FITNESS FOR PURPOSE, OR MERCHANTABILITY ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED BY SELLER.

7. Damages. Seller shall not be liable under any circumstances for consequential damages arising in whole or in part from any breach by seller, AND ALL SUCH CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED BY SELLER. Buyer's exclusive remedy for breach of contract, breach of warranty or any other claim is limited to repair or replacement of non-conforming products or, at Seller's option and upon return of the products, refund of a portion of the purchase price. The statute of limitations for all claims arising under this quotation is one (1) year from the date the claim accrues. If Buyer's exclusive remedy fails of its essential purpose for any reason, Buyer's sole alternative remedy will be the right, within the one-year limitations period, to recover damages up to but not exceeding the purchase price of the product(s) involved.

8. Returns or Cancellation. Buyer shall have no right to return goods for credit, cancel existing orders, or delay acceptance of delivery except with seller's prior written consent and upon such terms as may indemnify seller against all loss and expense.

9. Special Manufacture Goods. Any tools and dies required for production of the goods shall be the property of seller. Buyer shall save harmless and defend seller against all loss, damage, or expense arising from any patent infringement claims on goods manufactured in accordance with buyer's specifications and from any product liability claims based on alleged defects in buyer's design. Buyer agrees to accept overruns or under runs on the specified quantity in an amount not to exceed 10%.

10. Security Interest. Seller retains a security interest in all goods delivered as security for the payment of the purchase price. All deliveries shall be subject to credit approval of buyer from time to time.

11. Compliance with Laws. Each Party agrees to comply with all laws and governmental regulations applicable to the performance of this sale.

12. Taxes. Any taxes or charges imposed by any present or future law in connection with this sale shall be added to the amount to be paid by buyer.

13. Trade Usages, Governing Law. All trade usages and customs of seller's industry shall apply to this sale and shall constitute a part of the agreement between seller and buyer. Except as modified herein, the laws of the State of Indiana, without giving effect to its choice of laws and principles, shall govern this transaction.

14. Modifications. No modifications of the foregoing terms shall be binding upon seller unless agreed upon in writing by Seller.

All shipments are F.O.B., Auburn, IN 46706, unless noted otherwise on the face of this quotation. All shipments may be subject to raw material surcharges.

Page 2 of 2

# Purchase Order

Kriss USA
P O Box 8928
Virginia Beach, VA 23450

| Date | P.O. No. |
|------|----------|
| 4/23/2014 | 10030 |

| Vendor | Ship To |
|--------|---------|
| CCT ENTERPRISES LLC<br>530 NORTH STREET<br>AUBURN, IN 46706 | Kriss USA<br>P O Box 8928<br>Virginia Beach, VA 23450 |

| Terms | Due Date | Expected |
|-------|----------|----------|
| Net 30 | 5/23/2014 | 5/15/2014 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| | For each of the following parts, please use this schedule: | | | | |
| | 20 SAMPLES - Expected Delivery: 15 May 2014 | | | | |
| | 500 - Expected Delivery: 20 June 2014 | | | | |
| | 500 - Expected Delivery: 18 July 2014 | | | | |
| | 500 - Expected Delivery: 15 Aug 2014 | | | | |
| | 500 - Expected Delivery: 12 Sept 2014 | | | | |
| PRB11010000A | SPHINX COMPENSATOR | 2,020 | | 17.6626 | 35,678.45 |
| FIXTURING | ONE TIME CHARGE FOR FIXTURING | 1 | | 1,800.00 | 1,800.00 |
| PRB10080030A | SPHINX COMPENSATOR RECOIL GUIDE ROD | 2,020 | | 1.8092 | 3,654.58 |
| FIXTURING | ONE TIME CHARGE FOR FIXTURING | 1 | | 1,500.00 | 1,500.00 |
| PRB10840000A | SPHINX COMPENSATOR RECOIL GUIDE SCREW | 2,020 | | 0.8643 | 1,745.89 |
| FIXTURING | ONE TIME CHARGE FOR FIXTURING | 1 | | 1,000.00 | 1,000.00 |
| PRB10070010A | SPHINX COMPENSATOR THREADED BARREL | 2,020 | | 47.02 | 94,980.40 |
| FIXTURING | ONE TIME CHARGE FOR FIXTURING | 1 | | 2,600.00 | 2,600.00 |

| Phone # | Fax # |
|---------|-------|
| 757-821-1089 | 757-689-2113 |

| Web Site |
|----------|
| http://www.kriss-tdi.com |

| Total | $142,959.32 |
|-------|-------------|

IN THE ALLEN SUPERIOR COURT
STATE OF INDIANA

CCT ENTERPRISES, LLC,          )        Cause Number:
        Plaintiff,                )
                               )        02D03- 14 07 -PL- 0 0 0 2 5 8
v.                             )
                               )
KRISS USA, INC.,               )
        Defendant.                )

FILED
CENTRAL SERVICES DIVISION
2014 JUL 15  PM 2: 39

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **CCT Enterprises, LLC, Plaintiff**

2.    Applicable attorney information for service as required by Trial Rule 5(B) (2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

     Daniel D. Bobilya, #22901-49          Telephone: (260) 969-0516
     Conor S. Slocum, #30132-02            Facsimile:  (260) 969-0537
     BONAHOOM & BOBILYA, LLC               Email:
     110 West Berry Street, Suite 1900     dan@b-blegal.com
     Fort Wayne, IN  46802                 conor@b-blegal.com

3.    There are other party members:  **No**

4.    *If first initiating party filing this case,* the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):  **PL**

5.    I will accept service by FAX at the above noted number: **No**

6.    This case involves support issues:  **No**

7.    There are related cases:  **No**

8.    This form has been served on all other parties.  Certificate of Service is attached:  **No**

9.    Additional information required by local rule:  **N/A**

C.C.S.MR

Respectfully submitted,

BONAHOOM & BOBILYA, LLC

Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
110 West Berry Street, Suite 1900
Fort Wayne, IN  46802
Telephone:  (260) 969-0516
Facsimile:  (260) 969-0537
dan@b-blegal.com
conor@b-blegal.com

*Attorneys for Plaintiff*

2

Allen County Circuit & Superior Courts
715 South Calhoun Street, Room 200A
Fort Wayne, IN 46802
Telephone: (260) 449-7245

## IN THE ALLEN SUPERIOR COURT
### STATE OF INDIANA

| | | |
|---|---|---|
| CCT ENTERPRISES, LLC, | ) | CAUSE NO. |
| Plaintiff, | ) | |
| | ) | 02D03-14 07 - PL - 0 0 0 2 5 8 |
| v. | ) | **SUMMONS** |
| | ) | |
| KRISS USA, INC., | ) | |
| Defendant. | ) | |

**To:** **KRISS USA, INC.**
   **c/o National Corporate Research LTD**
   **250 Browns Hill Court**
   **Midlothian VA  23114**

You have been sued by the person(s) named above. The claims made against you are attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

___X___   **Certified Mail:** You or your attorney must file a written answer to the claim **WITHIN 23 DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

_____   **Personal Service:** You or your attorney must file a written answer to the claim **WITHIN 20 DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of the Allen County Circuit & Superior Courts, 715 South Calhoun Street, Room 200A, Fort Wayne, IN 46802. The method you choose to deliver your answer to the Clerk's office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: ___**JUL 15 2014**___          *Elisabeth A. Borgmann* LW _____ (Seal)
                                         **CLERK, ALLEN CIRCUIT/SUPERIOR COURTS**

Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
BONAHOOM & BOBILYA, LLC
110 West Berry Street, Suite 1900
Fort Wayne, IN 46802
Telephone: (260) 969-0516
Attorneys for Plaintiff

### MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
____ personal service
____ leaving a copy at dwelling/place of employment
____ agent
____ other (describe in particular and note Trial Rule)

**CLERK** shall serve this Summons as follows:
____ certified mail
____ registered mail
____ publication
__X__ other [Certified Mail service by Bonahoom & Bobilya LLC; pursuant to Trial Rule 4(D)]

C.C.S. LW

Allen County Circuit & Superior Courts
715 South Calhoun Street, Room 200A
Fort Wayne, IN 46802
Telephone: (260) 449-7245

## IN THE ALLEN SUPERIOR COURT
## STATE OF INDIANA

| | | |
|---|---|---|
| CCT ENTERPRISES, LLC, | ) | CAUSE NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SUMMONS** |
| | ) | |
| KRISS USA, INC., | ) | |
| Defendant. | ) | |

**To:    KRISS USA, INC.**
**ATTN:  Highest Ranking Officer**
**2697 International Parkway, Suite 4-180**
**Virginia Beach, VA 23452**

        You have been sued by the person(s) named above.  The claims made against you are attached to this summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

    __X__  Certified Mail:  You or your attorney must file a written answer to the claim **WITHIN 23 DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

    _____  Personal Service:  You or your attorney must file a written answer to the claim **WITHIN 20 DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of the Allen County Circuit & Superior Courts, 715 South Calhoun Street, Room 200A, Fort Wayne, IN 46802.  The method you choose to deliver your answer to the Clerk's office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  **JUL 15 2014**              _Charlotte A. Borgmann_ LW                (Seal)
                                **CLERK, ALLEN CIRCUIT/SUPERIOR COURTS**

Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
BONAHOOM & BOBILYA, LLC
110 West Berry Street, Suite 1900
Fort Wayne, IN 46802
Telephone: (260) 969-0516
Attorneys for Plaintiff

### MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
____  personal service
____  leaving a copy at dwelling/place of employment
____  agent
____  other (describe in particular and note Trial Rule)

**CLERK** shall serve this Summons as follows:
____  certified mail
____  registered mail
____  publication
__X__  other [Certified Mail service by Bonahoom & Bobilya LLC; pursuant to Trial Rule 4(D)]

C.C.S. LW

Allen County Circuit & Superior Courts
715 South Calhoun Street, Room 200A
Fort Wayne, IN 46802
Telephone: (260) 449-7245

## IN THE ALLEN SUPERIOR COURT
### STATE OF INDIANA

| | | |
|---|---|---|
| CCT ENTERPRISES, LLC, | ) | CAUSE NO. |
| Plaintiff, | ) | |
| | ) | 02D03- 14 07 - PL - 0 0 0 2 5 8 |
| v. | ) | **SUMMONS** |
| | ) | |
| KRISS USA, INC., | ) | |
| Defendant. | ) | |

**To:**   **KRISS USA, INC.**
**c/o Corporation Service Company**
**2711 Centerville Road, Suite 400**
**Wilmington, DE  19808**

You have been sued by the person(s) named above.  The claims made against you are attached to this summons, please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

___X___ Certified Mail:  You or your attorney must file a written answer to the claim **WITHIN 23 DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

_____ Personal Service:  You or your attorney must file a written answer to the claim **WITHIN 20 DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of the Allen County Circuit & Superior Courts, 715 South Calhoun Street, Room 200A, Fort Wayne, IN 46802.  The method you choose to deliver your answer to the Clerk's office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  **JUL 15 2014**                   _Elisabeth A. Borgmann_ LW_____ (Seal)
                                          **CLERK, ALLEN CIRCUIT/SUPERIOR COURTS**

Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
BONAHOOM & BOBILYA, LLC
110 West Berry Street, Suite 1900
Fort Wayne, IN 46802
Telephone: (260) 969-0516
Attorneys for Plaintiff

### MANNER OF SERVICE
(To be completed by Party Preparing Summons)

| **SHERIFF** shall serve this Summons as follows: | **CLERK** shall serve this Summons as follows: |
|---|---|
| _____ personal service | _____ certified mail |
| _____ leaving a copy at dwelling/place of employment | _____ registered mail |
| _____ agent | _____ publication |
| _____ other (describe in particular and note Trial Rule) | __X__ other [Certified Mail service by Bonahoom & Bobilya LLC; pursuant to Trial Rule 4(D)] |

C.C.S.LW

Allen County Circuit & Superior Courts
715 South Calhoun Street, Room 200A
Fort Wayne, IN  46802
Telephone: (260) 449-7245

## IN THE ALLEN SUPERIOR COURT
## STATE OF INDIANA

| | | |
|---|---|---|
| CCT ENTERPRISES, LLC, | ) | CAUSE NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SUMMONS** |
| | ) | |
| KRISS USA, INC., | ) | |
| Defendant. | ) | |

02D03-14 07 - PL - 000258

**To:**   **KRISS USA, INC.**
   **c/o Corporation Service Company**
   **Bank of America Center, 16th Floor**
   **1111 East Main Street**
   **Richmond City, VA  23219**

   You have been sued by the person(s) named above.  The claims made against you are attached to this summons, please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

   __X__   **Certified Mail:**  You or your attorney must file a written answer to the claim **WITHIN 23 DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

   _____   Personal Service:  You or your attorney must file a written answer to the claim **WITHIN 20 DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of the Allen County Circuit & Superior Courts, 715 South Calhoun Street, Room 200A, Fort Wayne, IN 46802.  The method you choose to deliver your answer to the Clerk's office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: **JUL 15 2014**          _Robert D. Borgmann_ LW          (Seal)
          **CLERK, ALLEN CIRCUIT/SUPERIOR COURTS**

Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
BONAHOOM & BOBILYA, LLC
110 West Berry Street, Suite 1900
Fort Wayne, IN 46802
Telephone: (260) 969-0516
Attorneys for Plaintiff

### MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____ personal service
_____ leaving a copy at dwelling/place of employment
_____ agent
_____ other (describe in particular and note Trial Rule)

**CLERK** shall serve this Summons as follows:
_____ certified mail
_____ registered mail
_____ publication
__X__ other [Certified Mail service by Bonahoom & Bobilya LLC; pursuant to Trial Rule 4(D)]

C.C.S. LW

CIRCUIT AND SUPERIOR COURTS
38TH JUDICIAL CIRCUIT
ALLEN COUNTY, INDIANA

CCT ENTERPRISES, LLC,                    )      CAUSE NUMBER: 02D03-1407-PL-000258
    Plaintiff,                           )
                                         )      **ORDER FOR CASE MANAGEMENT**
    vs.                                  )      **CONFERENCE**
                                         )
KRISS USA, INC.,                         )
    Defendant.                           )

**This case has been assigned to Judge Stanley A. Levine.**

The parties or their attorneys to this action are hereby directed to appear before said Judge of this Court on the **15th day of October, 2014** at **9:30 a.m.** in room 316 for a conference to consider:

    A. Appointment of a mediator and the scheduling of a mediation date;
    B. Discussion of jury requests/waiver;
    C. Contested and stipulated facts and legal issues;
    D. Contentions of the parties;
    E. The discussion of issues/simplification of issues;
    F. The determination of types of discovery and scheduling deadlines;
    G. Discussion of expert witnesses;
    H. The discussion of dispositive motion issues and the setting of the motions for hearings;
    I. The scheduling of additional pre-trial conference(s).

**IMPORTANT:   YOU WILL NOT BE PERMITTED TO ENTER THE ALLEN COUNTY COURTHOUSE WITH A CELL PHONE OR OTHER ELECTRONIC DEVICE UNLESS YOU ARE AN ATTORNEY WITH AN APPROVED ALLEN COUNTY IDENTIFICATION BADGE. IF YOU WISH TO OBTAIN AN IDENTIFICATION BADGE, PLEASE CALL (260) 449-3412.**

**IF YOU ARE AN ATTORNEY WITH AN OFFICE LOCATED OUTSIDE OF ALLEN COUNTY, YOU MAY PARTICIPATE TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE BY CALLING (260) 449-7544 AT THE EXACT TIME OF THE HEARING. THIS OFFICE DOES NOT USE COURT CALL FOR TELEPHONIC CONFERENCES.**

Each party must be represented at the Case Management Conference by the attorney who expects to try this case, who shall come with authority to stipulate issues and undisputed facts and, where possible, agree to the admission into evidence or waive any requirements for the formal proof of documentary evidence.

As a result of the Case Management Conference, the Court may limit the time to complete discovery or to file any pre-trial motions; set a date for any final pre-trial or other conference, and/or establish a schedule for the filing of any proposed pre-trial order, stipulations or lists of witnesses and exhibits. The schedule established as a result of the Case Management Conference shall not be modified except by Order of Court upon a showing of good cause.

Said parties shall also have authority to agree upon a mediator.

JUL 23 2014

So Ordered.

Dated: July 28, 2014

_____
Stanley A. Levine, Judge
Allen Superior Court

### MANNER OF NOTICE:

( X ) WITH COPY PURSUANT TO T.R. 72 TO BE SERVED BY:
_X_ COURT _____ CLERK _____ OTHER: _____

### PROOF OF NOTICE UNDER TRIAL RULE 72(D)

A copy of this entry was served, either by mail to the address of record, deposited in the attorney's distribution box, personally distributed, to the following persons:

Attorney Daniel D. Bobilya
Attorney Conor S. Slocum
110 West Berry Street, Suite 1900
Fort Wayne, IN 46802

DATE OF NOTICE: July 28, 2014 _____
INITIALS OF PERSON WHO NOTIFIED PARTIES: _mkr_ COURT ___ CLERK ___ OTHER

STATE OF INDIANA       )       IN THE ALLEN SUPERIOR COURT
                       ) SS:
COUNTY OF ALLEN       )       CAUSE NO.: 02D03-1407-PL-000258

CCT ENTERPRISES, LLC,       )
                               )
      Plaintiff,       )
                               )
      v.       )
                               )
KRISS USA, INC.,       )
                               )
      Defendant.       )

FILED
CENTRAL SERVICES DIVISION
2014 AUG -5  PM 3: 27
LISETH A. BORGMANN
CLERK ALLEN CIRCUIT
AND SUPERIOR COURTS

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____ Responding **X** _____ Intervening _____; and

   The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party    **Kriss USA, Inc.** _____

   Address of party *(see Question #6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   _____

   Telephone # of party _____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Applicable attorney information for service as required by Trial Rule 5(B)(2)

   Name:    **D. Randall Brown** _____    Atty Number:    15127-49 _____
                Barnes & Thornburg LLP
                600 One Summit Square
   Address:    Fort Wayne, Indiana  46802
   Phone:    260-423-9440
   FAX:    260-424-8316
   Email Address:    randy.brown@btlaw.com

   *(List on continuation page additional attorneys appearing for above party)*

C.C.S.MR

3.  This is a case type as defined in administrative Rule 8(B)(3).

4.  I will accept service by FAX at the above noted number:   Yes _____ No __X__

5.  This case involves child support issues.   Yes _____ No __X__  *(If yes, supply social security for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order      Yes _____ No __X__  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

    _____  Attorney's Address
                     The Attorney General Confidentiality program address
                     (contact the Attorney General at 1-800-321-1907 or e-mail address is
    _____  (**confidential@atg.state.in.us**).
    _____  Another address (provide)


7.  This case involves a petition for involuntary commitment.   Yes _____ No __X__

8.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:  _____

    b.  State of Residence of person subject to petition:

    c.  At least one of the following pieces of identifying information:
        (i)    Date of Birth  _____
        (ii)   Driver's License Number  _____
               State where issued _____    Expiration date _____
        (iii)  State ID Number  _____
               State where issued _____    Expiration date _____
        (iv)   FBI Number  _____
        (v)    Indiana Department of Corrections Number  _____
        (vi)   Social Security Number is available and is being provided in an attached confidential document   Yes _____ No __X__

9.  There are related cases:   Yes _____ No __X__  *(If yes, list on continuation page)*

10  Additional information required by local rule:

    _____

11 There are other party members:   Yes _____   No __X__   *(If yes, list on continuation page)*

12 This form has been served on all other parties and Certificate of Service is attached:                                                                    Yes __X__  No __

D. Randall Brown (#15127-49)
*(randy.brown@btlaw.com)*
**BARNES & THORNBURG LLP**
600 One Summit Square
Fort Wayne, Indiana 46802
Telephone:  (260) 423-9440
Facsimile:  (260) 424-8316

Peter Rusthoven (6247-98)
*(peter.rusthoven@btlaw.com)*
John R. Maley (14300-89)
*(john.maley@btlaw.com)*
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433


ATTORNEY FOR DEFENDANT,
KRISS USA, INC.

3

*Continuation of additional attorneys appearing for above party member(s).*

Name:   **Peter Rusthoven**                                   Atty Number:   6247-98
                Barnes & Thornburg LLP
                11 South Meridian Street
Address:   Indianapolis, Indiana  46204
Phone:   (317) 236-1313
FAX:   (317) 231-7433
Email Address:   peter.rusthoven@btlaw.com


Name:   **John R. Maley**                                     Atty Number:   14300-89
                Barnes & Thornburg LLP
                11 South Meridian Street
Address:   Indianapolis, Indiana  46204
Phone:   (317) 236-1313
FAX:   (317) 231-7433
Email Address:   john.maley@btlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of August 2014, copy of the above and foregoing document has been served by depositing a copy of the same in the United States mail, first class postage prepaid, and properly addressed to the following counsel of record:

> Daniel D. Bobilya (22901-49)
> Conor S. Slocum (30132-02)
> Bonahoom & Bobilya, LLC
> 110 West Berry Street
> Suite 1900
> Fort Wayne, Indiana  46802

D. Randall Brown

FWDS01 287194v1

STATE OF INDIANA         )        IN THE ALLEN SUPERIOR COURT
                              ) SS:
COUNTY OF ALLEN         )        CAUSE NO.: 02D03-1407-PL-000258

CCT ENTERPRISES, LLC,       )
                               )
        Plaintiff,          )
                               )
      v.                  )
                               )
KRISS USA, INC.,          )
                               )
        Defendant.       )

FILED
CENTRAL SERVICES DIVISION
2014 AUG -5 PM 3:27
LISBETH A. BORGMANN
CLERK ALLEN CIRCUIT
AND SUPERIOR COURTS

## KRISS USA, INC'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Kriss USA, Inc. ("Kriss"), by counsel, hereby moves the Court for a thirty (30) day extension of time in which to answer or otherwise respond to the Complaint filed by Plaintiff. In support of this Motion, Kriss states as follows:

1.    An answer or other response to Plaintiff's Complaint is due on or about August 8, 2014.

2.    Kriss needs additional time in which to answer or otherwise respond to Plaintiff's Complaint.

3.    This is the first extension counsel for Kriss has requested.

4.    Kriss has consulted with Plaintiff's counsel and Plaintiff's counsel consents to the extension.

WHEREFORE, Kriss respectfully requests that the Court grant it an additional thirty (30) days to and including September 7, 2014 in which to answer or otherwise respond to the Complaint.

C.C.S. MR

Respectfully submitted,

D. Randall Brown (#15127-49)
(*randy.brown@btlaw.com*)
**Barnes & Thornburg LLP**
600 One Summit Square
Fort Wayne, Indiana 46802
Telephone:  (260) 423-9440
Facsimile:  (260) 424-8316

Peter Rusthoven (6247-98)
(*peter.rusthoven@btlaw.com*)
John R. Maley (14300-89)
(*john.maley@btlaw.com*)
**Barnes & Thornburg LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433

ATTORNEY FOR DEFENDANT,
KRISS USA, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 5th day

of August 2014, by depositing a copy of the same in the United States mail, first class postage

prepaid and properly addressed to:


       Daniel D. Bobilya (22901-49)
       Conor S. Slocum (30132-02)
       Bonahoom & Bobilya, LLC
       110 West Berry Street
       Suite 1900
       Fort Wayne, Indiana  46802

                    D. Randall Brown

FWDS01 287216v1

STATE OF INDIANA        )       IN THE ALLEN SUPERIOR COURT
                          ) SS:
COUNTY OF ALLEN       )       CAUSE NO.: 02D03-1407-PL-000258

CCT ENTERPRISES, LLC,        )
                             )
          Plaintiff,            )
                             )
      v.                     )
                             )
KRISS USA, INC.,             )
                             )
          Defendant.        )

## ORDER

      The Court, having reviewed Kriss' Motion for Enlargement of Time in Which to Respond to Plaintiff's Complaint, hereby grants the same.  Accordingly, Kriss shall have to and including September 7, 2014 in which to answer or otherwise respond to Plaintiff's Complaint.

      SO ORDERED this 5th day of August 2014.

Dated:    8/5/14 _____

                          _____
                          Judge, Allen County Superior Court

RCD. BY: C.R.

AUG 0 6 2014

C.C.S.MR

## NOTICE IS TO BE GIVEN BY:

√ COURT ____CLERK ____PARTY ____OTHER

## PROOF OF NOTICE UNDER TRIAL RULE 72(D):

A copy of this entry was served either by mail to the address of record, deposited in the Court's attorney's distribution box, distributed personally upon the persons and/or filed as listed below:

D. Randall Brown, Esq.
**BARNES & THORNBURG LLP**
600 One Summit Square
Fort Wayne, Indiana  46802

Peter Rusthoven, Esq.
John R. Maley, Esq.
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204

Daniel D. Bobilya, Esq.
Conor S. Slocum, Esq.
**BONAHOOM & BOBILYA, LLC**
110 West Berry Street
Suite 1900
Fort Wayne, Indiana  46802

**DATE OF NOTICE:** _8/5/14_____

**INITIALS OF PERSON WHO NOTIFIED PARTIES** _____COURT _____CLERK ____PARTY ____OTHER

FWDS01 287218v1