UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| CCT ENTERPRISES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 1:14-cv-249 |
| | ) | |
| KRISS USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, CCT Enterprises, LLC ("CCT"), by counsel, makes the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

1. CCT has no parent corporations.

2. No publicly held corporation owns 10% or more of CCT's stock.

*s/ Daniel D. Bobilya*
Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
Bonahoom & Bobilya, LLC
110 West Berry St., Suite 1900
Fort Wayne, IN 46802
Ph: (260) 969-0516
Fax: (260) 969-0537
dan@b-blegal.com
conor@b-blegal.com

Attorneys for Plaintiff,
CCT Enterprises, LLC